**Order filed, July 22, 2016.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-16-00474-CV

———————

## TEXAS WINDSTORM INSURANCE ASSOCIATION, Appellant

## V.

## DICKINSON INDEPENDENT SCHOOL DISTRICT, Appellee

**On Appeal from the 405th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 12-CV-2012**

## ORDER

The reporter's record in this case was due **July 12, 2016**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Dale Lee**, the court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM